STATE v. THOS. NICHOLS.

[See head-note to State *v.* Bell, *ante.*]

INDICTMENT for larceny, tried before *Clark, J.,* at Spring Term, 1889, of the Superior Court of UNION County.

There was a verdict of guilty, judgment, and appeal by the defendant.

*Attorney General,* for the State.
No counsel for the defendant.

DAVIS, J. There is no case on appeal, no assignment of error, and, upon inspection of the record, no error appears.

The judgment must be affirmed.

No error.                                    Affirmed.